UNITED STATES COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

$293,316 IN UNITED STATES CURRENCY,
MORE OR LESS, AND ALL PROCEEDS
TRACEABLE THERETO SEIZED FROM
ALI SHER KHAN, $187,155 IN THE
UNITED STATES CURRENCY, MORE OR
LESS, AND ALL PROCEEDS TRACEABLE
THERETO SEIZED FROM AKBAR KHAN,
AND $35,112 IN UNITED STATES CURRENCY,
MORE OR LESS, AND ALL PROCEEDS
TRACEABLE THERETO SEIZED FROM
FAZAL SUBHAN,

                Defendant <u>in rem</u>.
------------------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 29 2004 ★
BROOKLYN OFFICE

Court No. CV03-0278

Weinstein, J
Pollack, M.J.

## ORDER

Upon reading and considering he motion of the defendants in rem, Akbar Khan and Fazal Subhan, for leave to file a claim in Admiralty out of time, the motion is GRANTED, and Defendants are granted leave to file their motions _20_ days from the date of this order.

Dated: Brooklyn, NY
       January _26_ 2004



WEINSTEIN, J.

